IN THE UNITED STATES COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **IN RE *EX PARTE* APPLICATION OF CAROLINE FORBES SEVIER LIMITED FOR AN ORDER PURSUANT TO 28 U.S.C. §1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING** | **MISC. ACT. _____** |

## *EX PARTE* APPLICATION FOR LIMITED RELIEF TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. §1782

1. The Applicant, Caroline Sevier Elliott (hereafter the "Applicant" or "Sevier"), requests an order in the form attached hereto permitting Applicant to obtain certain limited discovery under 28 U.S.C. § 1782 ("Section [§]1782") in connection with a dissolution and distribution of marital property in the Court of special jurisdiction in Madrid, Spain (the "Ancillary Property Division").[1] In support of this application, Sevier submits her Memorandum of Law, attaches the Affidavits of Sevier and Verónica González-Choren Respaldiza, and further states as follows:

2. Applicant seeks the assistance of the Court for discovery from Grabien, Inc., a Delaware corporation, which can be found in the District of Delaware pursuant to the provisions of Section 1782. The other party to the Ancillary Property Division is Thomas Stetson Elliott (hereafter "Elliott.") On information and belief, Grabien, Inc., is solely owned by Elliott. As

---

[1] The division and distribution of marital assets was left pending. A copy of the divorce Judgment is attached hereto as Exhibit A to the Respaldiza affidavit.

suggested in the Memorandum of Law and attendant Exhibits to this Application, the information required from Grabien, Inc., cannot readily be obtained in the Ancillary Property Division, and the Applicant is permitted to seek the limited relief provided for in Section 1728 for discovery in this jurisdiction, and in aid of a foreign proceeding for the dissolution of marital property.

3. Section 1782 permits litigants in foreign proceedings to obtain discovery in the United States to assist in the foreign litigation. In particular, Section 1782(a) states:

> The district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal, including criminal investigations conducted before formal accusation. The order may be made [ ] upon the application of any interested person and may direct that the testimony or statement be given, or the document or other thing be produced, before a person appointed by the court.

4. The Application meets the fundamental criterion of Section 1728, in that: 1) Grabien, Inc. is "found" in the District of Delaware, 2) the Applicant is an interested person availing herself to this Court's jurisdiction, and 3) the discovery is sought for the limited purpose in aid of a foreign divorce proceeding between the Applicant and Elliott, the putative sole owner of Grabien, Inc.

5. The Application also meets the discretionary requirements of Section 1728, in that the Applicant has met the standards to show that: 1) the material sought is within the foreign tribunal's jurisdictional reach; 2) the foreign tribunal is to the U.S. federal-court's jurisdictional assistance; 3) this §1782 action does not conceal any attempt to circumvent foreign proof-gathering restrictions; and 4) the subpoena does not contain any intrusive or unduly burdensome requests.

-3-

**CONCLUSION AND REQUESTS FOR RELIEF**

For reasons stated in this Application, together with its Exhibits, and accompanying Memorandum of Law, the Applicant/Sevier respectfully requests that this Honorable Court enter an order, in the form attached, for issuance of a subpoena to Grabien, Inc, for the Production of the Documents enumerated on the attached List of Documents attached to the proposed order as Exhibit A, said documents to be delivered to the offices of Applicant's counsel: Curtis P. Bounds, Bayard, P.A., 600 N. King St., Suite 400, Wilmington, DE 19801, with an appropriate Affidavit of Authentication by Grabien's Custodian of Records, all documents to be produced to counsel for Applicant pursuant to Fed. R. Civ. P. 45.

BAYARD, P.A.

Dated: February 11, 2022

*/s/ Curtis P. Bounds*
Curtis P. Bounds (#2846)
GianClaudio Finizio (#4253)
600 North King Street, Suite 400
Wilmington, Delaware 19801
(302) 655-5000

*Attorneys for Petitioner, Caroline Sevier Elliott*

# **CERTIFICATE OF SERVICE**

I, Curtis P. Bounds, hereby certify that on February 11, 2022, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading.

I further certify that on February 11, 2022, I caused a copy of the foregoing document to be served by the United States Postal Service via Certified Mail, Return Receipt Requested upon the following:

>Grabien, Inc.
>c/o The Company Corporation
>251 Little Falls Drive
>Wilmington, DE 19808
>
>Thomas Elliot
>124 River Road
>Essex CT  06426

BAYARD, P.A.

*/s/ Curtis P. Bounds*

Dated: February 11, 2022

Curtis P. Bounds (#2846)
GianClaudio Finizio (#4253)
600 North King Street, Suite 400
Wilmington, Delaware 19801
(302) 429-4221

*Attorneys for Petitioner, Caroline Sevier Elliott*